**Order issued April 5, 2016**



**In The**

# Court of Appeals

**For The**

# First District of Texas

### NO. 01-16-00271-CV

## HOUSTON HOUSING AUTHORITY, Appellant

## V.

## THE HONORABLE MIKE PARROTT, Appellee

**On Appeal from Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1072783**

## MEMORANDUM ORDER

This case is related to the following case previously filed in the Court of Appeals for the

Fourteenth District of Texas: Houston Housing Authority v. The Honorable Mike Parrott, No. 14-

16-00249-CV. Pursuant to this Court's Local Rule 1.5, this case is transferred to the Fourteenth

Court. The Clerk of this Court shall send to the Clerk of the Fourteenth Court: (1) the clerk's

record and reporter's record, if any; (2) all documents filed in this case; and (3) certified copies of

all orders, judgments, and opinions from this Court, if any.  The clerk shall keep the original of all orders, judgments, and opinions of this court.

/s/ Chief Justice Sherry Radack
Chief Justice Sherry Radack
Acting Individually